United States District Court
Southern District of Texas
**ENTERED**
July 13, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CALEB AARON CHAPMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:22-CV-00117 |
| | § | |
| MERCEDITA FLYNN FNP-C, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION
### TO DENY THE PARTIES' DISPOSITIVE MOTIONS

On June 7, 2023, United States Magistrate Judge Julie K. Hampton issued a "Memorandum and Recommendation to Deny the Parties' Dispositive Motions" (M&R, D.E. 41). The parties were provided proper notice of, and opportunity to object to, the Magistrate Judge's M&R. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been timely filed.

When no timely objection to a magistrate judge's M&R is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's M&R. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's M&R (D.E. 41), and all other relevant documents in the record, and finding no clear error, the Court **ADOPTS** as its own the findings and conclusions of the

Magistrate Judge. Accordingly, the Defendants' Motion to Dismiss (D.E. 27), construed as a motion for summary judgment, is **DENIED WITHOUT PREJUDICE** and Plaintiff's Motion for Summary Judgment (D.E. 29) is **DENIED WITHOUT PREJUDICE**.

**ORDERED** on July 13, 2023.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE